IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUNTEZ HAIRSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-687-MJR |
| ) | |
| KENNETH McCAIN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Currently pending before the Court is Plaintiff Shauntez Hairston's Motion to Compel Defendants McCain and Reddy to answer the complaint (Doc. 44). According to the Court's docket, these Defendants filed their answer on May 5, 2009 (Doc. 42), after seeking leave of Court to file it one day late. Because the answer has now been filed, Plaintiff's Motion to Compel is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATED: May 21, 2009**

                    s/ *Donald G. Wilkerson*
                    **DONALD G. WILKERSON**
                    **United States Magistrate Judge**