IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHAUNTEZ HAIRSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-687 MJR |
| | ) | |
| KENNETH McCAIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On June 23, 2009, the Court received a letter from the Plaintiff in this matter in which Plaintiff stated there is a conspiracy among St. Clair County Jail personnel to cause him physical harm due to his filing of civil rights lawsuits in this Court (Doc. 54). The Court forwarded this letter to the United States Attorney for the Southern District of Illinois, A. Courtney Cox, who is charged with enforcement of federal criminal law in the Southern District of Illinois.

The Court is now in receipt of a second letter in which Plaintiff states that two FBI agents came to the jail to investigate the issues Plaintiff addressed in the first letter. As a result of their visit, he has been subject to additional harassment and abuse at the hands of jail officials. The Court will forward Plaintiff's second letter to the United States Attorney for the Southern District of Illinois.

Plaintiff is advised, however, that it is improper for him, as a party to the case, to send correspondence directly to the Court on these issues. In the future, Plaintiff is **DIRECTED** to send all correspondence regarding investigation into the claims made in the two letters directly to the United States Attorney for the Southern District of Illinois at the following address:

United States Attorney's Office

Southern District of Illinois
9 Executive Drive
Fairview Heights, Illinois 62208.

*Any future correspondence sent directly to the Court will be returned to the Plaintiff unopened.*

**DATED: July 23, 2009**

                                                          *s/ Donald G. Wilkerson*
                                                          **DONALD G. WILKERSON**
                                                          **United States Magistrate Judge**